IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| A.H., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:16-CV-509 CDP |
| ) | |
| COUNTY OF ST. LOUIS, ) | |
| MISSOURI, ) | |
| ) | |
| Defendant. ) | |

**MOTION OF DEFENDANT ST. LOUIS COUNTY
TO DISMISS**

COMES NOW Defendant St. Louis County and asks the Court to Dismiss Plaintiffs' lawsuit with prejudice. As grounds for the Motion, Defendant states as follows.

1. The allegations in the Complaint fail to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. Claims pertaining to medical treatment are not cognizable und 42 U.S.C. §12101, et seq. or 29 U.S.C. §701, et seq.

3. Plaintiffs filed identical claims against Defendant St. Louis County in a lawsuit that is currently pending before Hon. Carol Jackson. Plaintiffs may not split their cause of action as a matter of law.

4. Defendant files its Memorandum of Law in Support of its Motion to Dismiss, and incorporates all reasons raised in the Memorandum of Law in support of its motion.

WHEREFORE, for the foregoing reasons, Defendant St. Louis County asks the Court to grant its Motion to Dismiss, and to dismiss plaintiffs' lawsuit with prejudice.

                    PETER J. KRANE
                    COUNTY COUNSELOR

By:    ___/s/ Priscilla F. Gunn_____
         Priscilla F. Gunn    #29729MO
         Assistant County Counselor
         Michael E. Hughes    #23360MO
         Lawrence K. Roos Bldg.
         41 So. Central Avenue
         Clayton, MO. 63105
         314-615-7042; Fax 314-615-3732
         pgunn@stlouisco.com
         mhughes2@stlouisco.com
         Attorneys for Defendant
         St. Louis County

## CERTIFICATE OF SERVICE

I certify that a copy of this document was sent by the Court's electronic filing system this 18th day of May, 2016 to all attorneys of record.


___Priscilla F. Gunn_____