UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.H., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:16 CV 509 CDP |
| | ) |
| COUNTY OF ST. LOUIS, MO., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

On July 6, 2016, I stayed this case pending the outcome in *A.H., et al., v. St. Louis County, et al.*, Case No. 4: 14 CV 2069 CEJ. On January 25, 2017, Judge Jackson granted summary judgment to defendants in her case. Plaintiffs are appealing that decision. In accordance with my Memorandum and Order of Stay, I would like the parties to meet and confer and file a joint memorandum informing me how, if at all, Judge Jackson's decision affects this case; they should also inform me whether the stay should be lifted or remain in place pending appeal of Judge Jackson's case, and, they believe the stay should be lifted, what the next steps in this case should be. If the parties are not in agreement, the joint memorandum must set out each side's position.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file the joint memorandum as set out above by no later than **February 21, 2017**.

*/s/ Catherine D. Perry*
_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2017.